# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 19, 2024

**CASE OF:** Tyrone T. Johnson v. State of Florida

**DOCKET NO.:** SC2023-0055

**OPINION FILED:** July 11, 2024

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 25, line 7, "jury" was changed to "trial court".

**SIGNED: OPINION CLERK**